United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA CLUB, et al.,<br><br>          Plaintiffs,<br><br>   v.<br><br>SCOTT PRUITT,<br><br>          Defendant. | Case No. 17-cv-06293-JSW<br><br>NOTICE RE: NON-COMPLIANCE WITH COURT ORDER |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an ADR Certification and either 1) a Stipulation and [Proposed] Order Selecting ADR Process, or 2) a Notice of Need for ADR Phone Conference (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at cand.uscourts.gov/adr.)

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur before the Case Management Conference.

Dated: 3/12/2018

_____
Erin Hamilton
ADR Program Manager
Erin_Hamilton@cand.uscourts.gov
415-522-4205